HERBERT W. YANOWITZ (STATE BAR NO. 37300)
E-mail: jrfishersf@aol.com
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 362-1365
Facsimile: (415) 362-1363

Attorney for Plaintiff Richard A. Schoenfeld

*IT IS SO ORDERED*
*Ronald M. Whyte*
*Judge Ronald M. Whyte*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD A. SCHOENFELD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEARS, ROEBUCK AND CO.,<br>a New York corporation,<br>and Doe One through Doe Ten.<br><br>　　　　Defendants. | No. CV-15-03673-RMW<br><br>(Santa Clara County Superior<br>Court No. 1-15-CV-282703)<br><br>**STIPULATION CONTINUING<br>CASE MANAGEMENT CONFERENCE**<br><br>Hon. Ronald M. Whyte<br>Courtroom 6, Fourth Floor<br>280 South First Street<br>San Jose, California<br>Date: November 20, 2015<br>Time: 10:30 a.m.<br><br>Complaint Filed in Santa Clara Superior<br>　　　　Court: July 6, 2015<br>Trial Date: None |

　　　　By reason of the conflict created with the previously planned vacation outside of the United States of the attorney for the Plaintiff, **IT IS HEREBY STIPULATED** by the Plaintiff and Defendant, through their attorneys, as follows, subject to the availability on the Court's calendar:

　　　　1.　　The Case Management Conference set for November 20, 2015, at 10:30 a.m. in Courtroom 6, 4th Floor, San Jose, be continued to December 11, 2015, at 10:30 a.m. in the said Courtroom; and

///

2. The Joint Case Management Statement be due by December 4, 2015.

Dated: September 16, 2015

_____
HERBERT W. YANOWITZ
Attorney for Plaintiff
Richard A. Schoenfeld

LITTLER MENDELSON, P.C.

Dated: September ____, 2015        By: _____
AMANDA N. FU
Attorneys for Defendant
Sears, Roebuck and Co.

2. The Joint Case Management Statement be due by December 4, 2015.

Dated: September 16, 2015

_____
HERBERT W. YANOWITZ
Attorney for Plaintiff
Richard A. Schoenfeld

LITTLER MENDELSON, P.C.

Dated: September 17, 2015        By: _____
AMANDA N. FU
Attorneys for Defendant
Sears, Roebuck and Co.

Dated: 9/18/2015

_____
Hon. Ronald M. Whyte
United States District Judge